ther proceedings are to be conducted is left to the discretion of the trial court.

UNION COUNTY BOARD OF SOCIAL SERVICES, ON BEHALF OF CYNTHIA DICKENS v. ARTHUR JACKSON.

December 8, 1987.

Motion of the Department of Human Services, Division of Public Welfare, for summary disposition is granted; and it is further

ORDERED that the judgment of the Appellate Division is vacated, and the matter is remanded to the trial court for further proceedings consistent with *Bowen v. Gilliard,* 483 U.S. ——, 107 *S.Ct.* 3008, 97 *L.Ed.*2d 485 (1987).

Jurisdiction is not retained.

CLARA MORGAN SHACKIL v. ELI LILLY AND COMPANY.

December 8, 1987.

Leave to appeal granted.

CLARA MORGAN SHACKIL v. ELI LILLY AND COMPANY, ET AL. AND LEDERLE LABORATORIES.

December 8, 1987.

Leave to appeal granted.